```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 06113
   SHERMAN JOHNSON
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-8583


------------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/05/2007 and was confirmed 06/28/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/02/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT       INTEREST     PRINCIPAL
                                                                PAID          PAID
------------------------------------------------------------------------------
AMERICAS SERVICING COMPA  CURRENT MORTG         .00              .00           .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE     2677.18              .00       2677.18
AMERICAS SERVICING COMPA  UNSECURED        NOT FILED             .00           .00
AMERICA SERVICING COMPAN  NOTICE ONLY      NOT FILED             .00           .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED             .00           .00
MERCHANTS CREDIT GUIDE C  NOTICE ONLY      NOT FILED             .00           .00
BALABAN FURNITURE         UNSECURED        NOT FILED             .00           .00
CITY OF CHICAGO PARKING   UNSECURED          1709.60             .00           .00
LINEBARGER GOGGAN BLAIR   NOTICE ONLY      NOT FILED             .00           .00
COLLECTION COMPANY OF AM  UNSECURED        NOT FILED             .00           .00
COMMONWEALTH EDISON       UNSECURED           818.21             .00           .00
OSI COLLECTION SERVICES   UNSECURED        NOT FILED             .00           .00
SIR FINANCE               UNSECURED           884.00             .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED            87.36             .00           .00
CODILIS & ASSOCIATES ^    NOTICE ONLY      NOT FILED             .00           .00
BALABAN FURNITURE         SECURED           4089.40              .00       4089.40
JOSEPH WROBEL             DEBTOR ATTY       2,000.00                       2,000.00
TOM VAUGHN                TRUSTEE                                            668.42
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              9,435.00

PRIORITY                                       .00
SECURED                                   6,766.58
UNSECURED                                      .00
ADMINISTRATIVE                            2,000.00
TRUSTEE COMPENSATION                        668.42
DEBTOR REFUND                                  .00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 06113 SHERMAN JOHNSON
```

```
                               ---------------      ---------------
TOTALS                              9,435.00             9,435.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 01/27/09                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```